UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHRISTINA WORLEY,

    Plaintiff,

v.   CASE NO. 5:20-cv-00076-TKW-MJF

MHM HEALTH PROFESSIONALS,
INC. and MHM HEALTH
PROFESSIONALS, LLC,

    Defendants.
_____/

**MHM HEALTH PROFESSIONALS, LLC'S
RULE 26(a)(1)(A) DISCLOSURES**

Defendant MHM Health Professionals, LLC ("MHMHP"),[1] by and through its undersigned counsel, hereby serves its disclosures pursuant to Rule 26(a)(1). MHMHP reserves the right to modify or supplement these disclosures as discovery progresses.

**26(a)(1)(A)(i):  Individuals Likely to Have Discoverable Information That Defendant May Use to Support Its Defenses:**

1. Sarah Brus
   c/o Catherine H. Molloy
   GREENBERG TRAURIG, P.A.
   101 E. Kennedy Blvd., Suite 1900
   Tampa, FL 33602
   (813) 318-5700

---

[1] MHM Health Professionals, Inc. was converted from a corporation to a limited liability company effective December 31, 2018. Accordingly, at all relevant times, the entities were the same entity.

       Has knowledge regarding Plaintiff's employment, termination and allegations contained in the Amended Complaint.

2. Victoria Love
c/o Catherine H. Molloy
GREENBERG TRAURIG, P.A.
101 E. Kennedy Blvd., Suite 1900
Tampa, FL 33602
(813) 318-5700
Has knowledge regarding Plaintiff's employment and allegations contained in the Amended Complaint.

3. Lori Cook


   Has knowledge regarding Plaintiff's employment and allegations contained in the Amended Complaint.

4. Brandi Blocker
c/o Catherine H. Molloy
GREENBERG TRAURIG, P.A.
101 E. Kennedy Blvd., Suite 1900
Tampa, FL 33602
(813) 318-5700
Has knowledge regarding Plaintiff's employment, termination and allegations contained in the Amended Complaint.

5. Kathleen Douin
c/o Catherine H. Molloy
GREENBERG TRAURIG, P.A.
101 E. Kennedy Blvd., Suite 1900
Tampa, FL 33602
(813) 318-5700
Has knowledge regarding Plaintiff's employment, termination and allegations contained in the Amended Complaint.

6. Tara Johnson

ACTIVE 49360684v1

███████

Has knowledge regarding Plaintiff's employment, termination and allegations contained in the Amended Complaint.

7. Dr. John Lay
   c/o Catherine H. Molloy
   GREENBERG TRAURIG, P.A.
   101 E. Kennedy Blvd., Suite 1900
   Tampa, FL 33602
   (813) 318-5700
   Has knowledge regarding Plaintiff's employment, termination and allegations contained in the Amended Complaint.

8. Camille Lucas
   c/o Catherine H. Molloy
   GREENBERG TRAURIG, P.A.
   101 E. Kennedy Blvd., Suite 1900
   Tampa, FL 33602
   (813) 318-5700
   Has knowledge regarding Plaintiff's employment and allegations contained in the Amended Complaint.

9. Lisa Barton
   c/o Catherine H. Molloy
   GREENBERG TRAURIG, P.A.
   101 E. Kennedy Blvd., Suite 1900
   Tampa, FL 33602
   (813) 318-5700
   Has knowledge regarding Plaintiff's employment, termination and allegations contained in the Amended Complaint.

10. Mikel Heard-Corbett
    c/o Florida Department of Corrections
    501 South Calhoun Street
    Tallahassee, FL 32399
    Has knowledge regarding Plaintiff's employment and allegations contained in the Amended Complaint.

11. David Maddox

   c/o Florida Department of Corrections
   501 South Calhoun Street
   Tallahassee, FL 32399
   Has knowledge regarding Plaintiff's employment and allegations contained in the Amended Complaint.

12. Mitchell Brown
   c/o Florida Department of Corrections
   501 South Calhoun Street
   Tallahassee, FL 32399
   Has knowledge regarding Plaintiff's employment and allegations contained in the Amended Complaint.

13. Rodney Tomlinson
   c/o Florida Department of Corrections
   501 South Calhoun Street
   Tallahassee, FL 32399
   Has knowledge regarding Plaintiff's employment and allegations contained in the Amended Complaint.

14. All individuals identified in Plaintiff's Rule 26(a)(1)(A) Disclosure

15. All individuals identified by Plaintiff during the course of discovery

16. All individuals identified by Defendant during the course of discovery.

**26(a)(1)(A)(ii): Documents, Data Compilations, and Tangible Things in the Possession, Custody, or Control of Defendant That It May Use to Support Its Defenses:**

1. Plaintiff's personnel file with MHMHP;

2. All documents received via Chapter 119, *Fla. Stat.* public records requests and/or Freedom of Information Act requests;

3. MHMHP's Employee Handbook & Code of Business Conduct; and

4

4. All documents produced in discovery.

**26(a)(1)(A)(iii): Computation of Categories of Damages:**

MHMHP reserves the right to seek its attorneys' fees and costs attendant to the defense of this case under any available statutory provisions. The amount of fees that may be claimed is currently unknown.

**26(a)(1)(A)(iv): Insurance Disclosure:**

MHMHP will make available for inspection and copying any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

Respectfully submitted,

_/s/ Catherine Molloy_
Richard C. McCrea, Jr.
Florida Bar No. 351539
Email: mccrear@gtlaw.com
Catherine H. Molloy
Florida Bar No. 33500
Email: molloyk@gtlaw.com
Cayla M. Page
Florida Bar No. 1003487
Email: pagec@gtlaw.com
GREENBERG TRAURIG, P.A.
101 E. Kennedy Boulevard
Suite 1900
Tampa, Florida 33602
(813) 318-5700 – Telephone
(813) 318-5900 – Facsimile
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 23, 2020 the foregoing document was sent electronically to:

Adam Ellis, Esq.
Marie A. Mattox, P.A.
203 North Gadsden Street
Tallahassee, Florida 32301
adam@mattoxlaw.com
jervonie@mattoxlaw.com
michelle2@mattoxlaw.com

E. Nicole Palmer, Esq.
Wade, Palmer & Shoemaker, P.A.
14 N. Palafox Street
Pensacola, FL 32591-3510
npalmer@wpslawyers.com
jboling@wpslawyers.com
cschreiner@wpslawyers.com

_____
Attorney

*ACTIVE* 49360684v1